IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                               CRIMINAL NO. 5:20-cr-7-DCB-FKB-2

TONY GRANT SMITH

ORDER

Before the Court is a letter from Tony Grant Smith ("Defendant"), which was filed on March 13, 2023. [ECF No. 68]. The Court interprets the letter as a motion to reduce Defendant's sentence of probation. At a sentencing hearing held on February 24, 2021, this Court sentenced Defendant to a four-year term of probation, a $15,000.00 fine, restitution in the amount of $6,100.00, payable jointly and severally, and a special assessment in the amount of $25.00. Defendant now represents to the Court that he has paid all his fines in full, and he asks the Court to eliminate the remaining term of his probation, approximately two years.

Defendant asks the Court to release him from his probation obligation because he regrets his criminal acts,

1

misses the freedom to hunt and fish in the outdoors, and wishes to share with his son the privilege of hunting wildlife in Mississippi.  Defendant cites no legal support for his request, and the Court is not aware of any legal precedent that supports a reduction of sentence – whether it be imprisonment, supervised release, probation or otherwise – for the reasons that Defendant offers in his motion.  Given that Defendant asserts no legal or factual basis that entitles him to the relief sought, Defendant's request must be denied.

Accordingly,

Defendant Tony Grant Smith's motion for reduction of sentence [ECF No. 68] is **DENIED**.

**SO ORDERED** this the 30th day of March 2023.

                                                    /s/   David Bramlette
                                        UNITED STATES DISTRICT JUDGE